**International Grand Lodge Brotherhood of Railroad Patrolmen, appellee, v. Charles E. Copeland et al., appellants. Gen. No. 26,497.**

Commitment for contempt for failure to obey an injunctional order. Appeal from the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed February 14, 1922.

Cruice & Langille, for appellants. E. J. Walker, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

**Ellen Snedecker, appellee, v. Director General of Railroads, operating Chicago, Burlington & Quincy Railroad Company, appellant. Gen. No. 26,519.**

Action by beneficiary to recover death benefit of her son from the relief department of defendant's railroad. Judgment for plaintiff on a directed verdict. Appeal from the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed February 14, 1922.

J. A. Connell and S. F. Blanc, for appellant; Bruce Scott, of counsel. John G. Riordan, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

**G. L. Wood, appellee, v. C. G. Lundquist et al., appellants. Gen. No. 26,570.**

Action upon a contract by defendants to purchase corporate stock. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. George B. Holmes, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Reversed and remanded. Opinion filed February 14, 1922.

( Ernest Messner, for appellants. Henry R. Baldwin, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

**Heidler Hardwood Lumber Company, appellee, v. B. A. Withey Company, appellant. Gen. No. 26,592.**

Action for the purchase price of lumber sold and delivered to defendant. Counterclaim by defendant. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry C. Moran, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed February 14, 1922.

Michael B. Morris, for appellant; John T. Murray, of counsel. Kraus, Goodwin, Smietanka & Rickard, for appellee; John William Chapman, of counsel.

Mr. Justice Barnes delivered the opinion of the court.